UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UMA PURI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No.15-cv-01174-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Michelle Roberts
Defendant's Attorney: Cindy Mekari

　　　An initial case management conference was held on July 1, 2015. A further case management conference is set for October 14, 2015, at 2:00 p.m. The parties shall file their joint case management statement by October 7, 2015.

　　　The parties shall contact the Court's ADR program with a joint list of proposed mediators by July 8, 2015.

　　　The parties have stipulated that de novo review applies to this case.

　　　The Court set the following case schedule:

FACT DISCOVERY CUTOFF: January 15, 2016

LAST DAY TO FILE ADMINISTRATIVE RECORD: February 26, 2016

1

Case No. 15-cv-01174-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS:

    Plaintiff's Motion: March 3, 2016, 20-page limit

    Defendant's Opposition and Motion: March 17, 2016, 20-page limit

    Plaintiff's Reply and Opposition: March 31, 2016, 20-page limit

    Defendant's Reply: April 7, 2016, 15-page limit

The parties are limited to one dispositive motion per side in the entire case.

**IT IS SO ORDERED.**

Dated: July 1, 2015

                                          *Lucy H. Koh*
                                LUCY H. KOH
                                United States District Judge